**Michael W. Dotts, Esq.**
**DOTTS LAW OFFICE**
Suite 208, DHL Building
Middle Rd. Chalan Lau Lau
PO Box 505979
Saipan, CNMI MP USA 96950
Tel. 670.234.1600
Email: mdotts@dottslaw.law

*Attorneys for Respondents*
*John K. Baldwin and Bridge Capital, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| THE GOVERNMENT OF THE LAO PEOPLE'S DEMOCRATIC REPUBLIC,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN K. BALDWIN, BRIDGE CAPITAL, LLC, LAO HOLDINGS N.V., and SANUM INVESTMENTS LTD.<br>    Respondents. | Case No: 1:22-cv-00011<br><br>**RESPONDENTS' RULE 44.1 NOTICE OF INTENT TO RAISE FOREIGN LAW ISSUE**<br><br>**Date: February 16, 2023**<br>**Time: 1:30 PM**<br>**Judge: Hon. Ramona V. Manglona** |

Pursuant to Federal Rule of Civil Procedure 44.1, Respondents John K. Baldwin ("Baldwin") and Bridge Capital, LLC ("Bridge"), by and through their counsel of record, hereby serve this notice of their intent to raise foreign law issues concerning Petitioner's allegations regarding whether Respondents Baldwin or Bridge have an *alter ego* relationship with Respondent award debtors Sanum Investments Limited., a Macanese company ("Sanum"), and Lao Holdings N.V., and Aruban Company ("LHNV").

Particularly, and initially, Baldwin and Bridge will argue in their motion to dismiss the Petition under Federal Rule of Civil Procedure 12(b)(6) for Petitioner's failure to state a claim on which this Court could grant relief, that the issues of whether any party is an *alter ego* of Sanum or LHNV are governed by the laws of the jurisdictions in which those companies were formed – Macau and Aruba, respectively – and not the Idaho law Petitioner inexplicably references.

Respectfully submitted, this January 9, 2023,

DOTTS LAW OFFICE
*Attorneys for Respondents*
*John K. Baldwin and Bridge Capital, LLC*

_____/s_____
Michael W. Dotts, F0150