IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*In re* Application of

THE GOVERNMENT OF THE LAO PEOPLE'S DEMOCRATIC REPUBLIC,

Applicants,

For an Order Pursuant to the United Nations Convention Against Corruption and 28 U.S.C. Section 1782 For Leave to Obtain Discovery from Bridge Capital LLC, John K. Baldwin, David Jensen, and the First Hawaiian Bank, Saipan, MP for Use in Foreign Proceedings,

Respondents.

Case 1:15-MC-00018

**ORDER OF SELF-RECUSAL**

F I L E D
Clerk
District Court
NOV 13 2015
for the Northern Mariana Islands
By_____
(Deputy Clerk)

I must disqualify myself from this matter; I believe one of the respondents may have a connection to a recent transaction in which I have a fiduciary financial interest. *See* 28 U.S.C. § 455(a), (c). Accordingly, this non-dispositive discovery matter is assigned to Magistrate Judge Heather L. Kennedy. The hearing currently set for November 17, 2015, is hereby reset for **December 7, 2015, at 9:00 a.m.**

SO ORDERED this 13th day of November, 2015.

                                                                                            _____
                                                                                            RAMONA V. MANGLONA
                                                                                            Chief Judge

# Attachment A