FILED
Clerk
District Court
APR 26 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| THE GOVERNMENT OF THE LAO PEOPLE'S DEMOCRATIC REPUBLIC, <br><br> Petitioner, <br><br> vs. <br><br> JOHN K. BALDWIN, BRIDGE CAPITAL LLC., LAO HOLDINGS N.V., AND SANUM INVESTMENTS LTD., <br><br> Respondents. | CIVIL CASE NO. 1:22-cv-00011 <br><br><br><br><br><br> ORDER OF SELF-RECUSAL |

Before the Court is Petitioner's Motion for Recusal under 28 U.S.C. § 455. (Motion, ECF No. 13.) Petitioner relies on the undersigned's self-recusal in a prior proceeding, 1:15-MC-00018, a miscellaneous case involving the same parties wherein Petitioner sought an order to obtain discovery from Defendants Bridge Capital, LLC and John K. Baldwin, among others, for materials related to the current enforcement action. (Motion 2, ¶¶ 6-7.) Respondents Baldwin and Bridge Capital, LLC oppose the motion. (ECF No. 15), and Petitioner did not file a reply. Having reviewed the record for both the prior proceeding and the current action, the undersigned disqualifies herself pursuant to 28 U.S.C. § 455(a). As stated in my prior order of self-recusal, the situation that existed in 2015 is based on the belief that "one of the respondents *may* have a connection to a recent transaction in which I have a fiduciary financial interest." (ECF No. 13-1) (emphasis added). The transaction has concluded, and, to the best of the undersigned's knowledge, neither of the named Respondents appeared in that private matter. Nevertheless, given the on-going nature of the parties' dispute in this case that spans the past 13 years, the undersigned concludes that

disqualification is warranted. A designated district judge by the Chief Judge of the Ninth Circuit will be assigned to preside over the matter.

The motion hearing scheduled for Thursday, April 27, 2023 at 9:00 a.m. is hereby VACATED.

IT IS SO ORDERED this 26th day of April, 2023.

_____
RAMONA V. MANGLONA
Chief Judge